| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Aiken, Ann L | 2. Court or Organization  District of Oregon | 3. Date of Report  5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active U. S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination, Date 11/27/1995  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U. S. Courthouse  211 East 7th Avenue  Eugene, OR 97401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Relief Nursery (non-profit) Board of Directors |
| 2. Director | Relief Nursery (non-profit) Board of Stewards |
| 3. Director | National Children's Alliance (formerly known as National Network of Children's Advocacy Centers) |
| 4. Director | Dean Advisory Council (formerly known as Board of Visitors), University of Oregon Law School |
| 5. Director | Lane County Child Advocacy Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Public Employees Retirement System (P.E.R.S.) for the State of Oregon |

2004 MAY 19 P 12: 42 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1998 | Public Employees Retirement System | |
| 2. | 2000 | State System of Higher Education | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Relief Nursery | ▓ares of Met Life | $3,938 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aiken, Ann L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U-Lane-O Credit Union Savings | A | Interest | J | T | | | | | |
| 2. U-Lane-O Credit Union Savings | A | Interest | J | T | | | | | |
| 3. U-Lane-O Credit Union Savings | A | Interest | J | T | | | | | |
| 4. U-Lane-O Credit Union Savings | A | Interest | J | T | | | | | |
| 5. U-Lane-O Credit Union Savings | A | Interest | J | T | | | | | |
| 6. Teachers Insurance Annuity Assocation (TIAA/CREF) | B | Dividend | L | T | | | | | |
| 7. U-Lane-O Credit Union | A | Interest | J | T | | | | | |
| 8. Common Stock-State Bank Saunemin, Illinois | A | Dividend | J | U | | | | | |
| 9. ING Annuity -IRA | A | Variable | -K | T | | | | | |
| 10. Oppenheimer Funds Investment Account Municipal Bond | B | Dividend | K | T | | | | | |
| 11. MetLife | A | Dividend | J | T | Gift | | | | The Relief Nursery |
| 12. Oregon College Saving Plan-FBO: ▮ | C | Dividend | J | T | | | | | |
| 13. Oregon College Saving Plan-FBO: ▮ | B | Dividend | J | T | | | | | |
| 14. Oregon College Saving Plan- FBO: ▮ | A | Dividend | J | T | | | | | |
| 15. Oregon College Saving Plan-FBO: ▮ | B | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date *May 12, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544